# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

Rehearing No. 621

152655(171)(173)

In re MARDIGIAN Estate

_____

MARK S. PAPAZIAN, Executor for the Estate of
ROBERT DOUGLAS MARDIGIAN,
        Appellee,

v

MELISSA GOLDBERG, SUSAN V. LUCKEN,
NANCY VARBEDIAN, EDWARD
MARDIGIAN, GRANT MARDIGIAN, and
MATTHEW MARDIGIAN,
        Appellants,
and

JP MORGAN CHASE BANK, NA,
        Appellee.

_____/

SC: 152655
COA: 319023
Charlevoix PC: 12-011738-DE,
   12-011765-TV

On order of the Court, the motion for rehearing of the Court's June 21, 2018 opinion is considered, and it is DENIED. The motion to strike the motion for rehearing is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2018



Clerk